UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-00011-MR

| | |
|---|---|
| RANDY SCOTT CHAPMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHNATHAN STARNES, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**UPON MOTION** of Plaintiff to Stay Case Management Order [Doc. 28], and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion [Doc. 28] is **GRANTED IN PART** as to Plaintiff's alternative motion to briefly extend the discovery and dispositive motions deadlines and the parties shall have until June 22, 2020 to complete discovery and until July 21, 2020 to file dispositive motions in this matter.

**IT IS FURTHER ORDERED** that Plaintiff's motion [Doc. 28] to stay the case management deadlines is **DENIED IN PART** as moot. The Court enters contemporaneously herewith an Order on Defendants' motion for Protective Order [Doc. 27].

**IT IS SO ORDERED**.

*Martin Reidinger*
Martin Reidinger
Chief United States District Judge